IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **United States of America,** | Case No. 25-2904 |
| | Case Below |
| **Plaintiff-Appellants** | No. 25 C 1285 |
| v. | Hon. Lindsay C. Jenkins |
| **State of Illinois,** *et al.*, | Judge Presiding |
| **Defendants-Appellees.** | |

## ATTORNEY APPEARANCE

The undersigned attorney, Jessica M. Scheller, is the attorney of record on behalf of Defendants-Appellees Cook County, Cook County Board of Commissioners, Toni Preckwinkle, and Thomas Dart, the State's Attorney of Cook County. Please direct all correspondence to Jessica M. Scheller via electronic mail at Jessica.Scheller@cookcountysao.org or at the address listed below.

/s/*Jessica M. Scheller*
Jessica M. Scheller

JESSICA M. SCHELLER
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
Ph:   (312) 603-6934
Email: jessica.scheller@cookcountysao.org

# CERTIFICATE OF SERVICE

  I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

            /s/*Jessica M. Scheller*
            Jessica M. Scheller