No. 25-2904

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiff-Appellant, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) |
| STATE OF ILLINOIS; JB PRITZKER, | ) |
| in his official capacity as Governor of | ) |
| Illinois; CITY OF CHICAGO; | ) |
| BRANDON JOHNSON, in his official | ) |
| capacity as Mayor of Chicago; LARRY | ) |
| SNELLING, in his official capacity as | ) No. 1:25-cv-1285 |
| Chicago Police Superintendent; COOK | ) |
| COUNTY, ILLINOIS; COOK COUNTY | ) |
| BOARD OF COMMISSIONERS; TONI | ) |
| PRECKWINKLE, in her official capacity | ) |
| as President of the Cook County Board | ) |
| of Commissioners; THOMAS J. DART, | ) |
| in his official capacity as Cook County | ) |
| Sheriff, | ) The Honorable |
| | ) LINDSAY C. JENKINS, |
| Defendants-Appellees. | ) Judge Presiding. |

**NOTICE OF SUBSTITUTE APPEARANCE**

Kwame Raoul, Attorney General of the State of Illinois, enters the substitute appearance of Deputy Solicitor General Alex Hemmer, replacing Assistant Attorney General Frank Bieszczat as counsel for Defendants-Appellees the State of Illinois and JB Pritzker, in his official capacity as Governor of Illinois, in this matter.

1

Dated: October 28, 2025

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
115 S. LaSalle St.
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

Counsel for State Defendants

# CERTIFICATE OF FILING AND SERVICE

I certify that on October 28, 2025, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

<pre>                                        /s/ Alex Hemmer
                                        ALEX HEMMER</pre>