No. 25-2904

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )  |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) Appeal from the United States |
| | ) District Court, Northern District |
| STATE OF ILLINOIS; JB PRITZKER, | ) of Illinois, Eastern Division |
| Governor of Illinois, in his Official Capacity; | ) |
| THE CITY OF CHICAGO; BRANDON | ) No. 25-cv-1285 |
| JOHNSON, Mayor of Chicago, in his Official | ) |
| Capacity; LARRY SNELLING, Chicago | ) The Honorable, |
| Police Superintendent, in his Official | ) Lindsay C. Jenkins, |
| Capacity; COOK COUNTY, ILLINOIS; | ) Judge Presiding. |
| COOK COUNTY BOARD OF | ) |
| COMMISSIONERS; TONI PRECKWINKLE, | ) |
| President of the Cook County Board of | ) |
| Commissioners, in her Official Capacity; | ) |
| THOMAS J. DART, Cook County Sheriff, in | ) |
| his Official Capacity, | ) |
| | ) |
| Defendants-Appellees. | ) |

## APPEARANCE

I hereby enter my appearance as **counsel of record** for defendants-appellees THE CITY OF CHICAGO, BRANDON JOHNSON, and LARRY SNELLING in the above-entitled case.

                                      Respectfully submitted,

                                      MARY B. RICHARDSON-LOWRY
                                      Corporation Counsel
                                        of the City of Chicago

                    By:    <u>s/ STEPHEN G. COLLINS</u>
                              **STEPHEN G. COLLINS**

Assistant Corporation Counsel Supervisor
**SUZANNE M. LOOSE**
Chief Assistant Corporation Counsel
2 North LaSalle Street - Suite 580
Chicago, IL  60602
Direct: (312) 742-0115
stephen.collins@cityofchicago.org

**CERTIFICATE OF SERVICE**

      The foregoing APPEARANCE has been electronically filed on October 28, 2025. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on October 28, 2025.

                                            s/ STEPHEN G. COLLINS
                                            **STEPHEN G. COLLINS**