IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

United States of America,
    Plaintiff-Appellant,

v.

State of Illinois, et al.,
    Defendants-Appellees.

No. 25-2904

# PLAINTIFF-APPELLANT'S DOCKETING STATEMENT

1. **District Court Jurisdiction.** Plaintiff-Appellant the United States of America sued defendants-appellees, raising claims under the Supremacy Clause. As relevant to this appeal, the district court therefore had statutory subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1345.

2. **Appellate Jurisdiction.** Appellant seeks review of the district court's final judgment, entered on August 26, 2025, and all prior orders and opinions merged into that judgment. Appellant filed a timely notice of appeal on October 24, 2025, ECF No. 91, and this Court has jurisdiction under 28 U.S.C. § 1291.

3. **Prior or Related Appellate Proceedings.** There have been no prior appellate proceedings in this case. Appellant is not aware of any related appellate proceedings.

4. **Parties Appearing in Their Official Capacities.**

   a. J.B. PRITZKER, Governor of Illinois, in his official capacity.

   b. BRANDON JOHNSON, Mayor of Chicago, in his official capacity.

   c. LARRY SNELLING, Chicago Police Superintendent, in his official capacity.

   d. TONI PRECKWINKLE, President of the Cook County Board of Commissioners, in her official capacity.

   e. THOMAS J. DART, Cook County Sheriff, in his official capacity.

    Respectfully submitted,

    DANIEL TENNY

    *s/ J. Kain Day*
    J. KAIN DAY
      *Attorneys, Appellate Staff*
      *Civil Division, Room 7234*
      *U.S. Department of Justice*
      *950 Pennsylvania Avenue NW*
      *Washington, DC 20530*
      *(202) 514-4214*
      *j.kain.day@usdoj.gov*

OCTOBER 2025