IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellant,<br><br>    v.<br><br>STATE OF ILLINOIS, et al.,<br><br>    Defendants-Appellees. | No. 25-2904 |

**NOTICE OF APPEARANCE**

I hereby enter my appearance for plaintiff-appellant United States of America.

    Respectfully submitted,

    *s/ Michael E. Talent*
    Michael E. Talent
    Attorney
    Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    (202) 514-8976
    *michael.talent@usdoj.gov*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                 *s/ Michael E. Talent*
                 Michael E. Talent