# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 10, 2026

*By the Court:*

|  | UNITED STATES OF AMERICA, |
|---|---|
|  | Plaintiff - Appellant |
| No. 25-2904 | v. |
|  | STATE OF ILLINOIS, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:25-cv-01285 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Lindsay C. Jenkins ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**, filed on February 9, 2026, by counsel for the state defendants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by March 25, 2026.

2. The reply brief of the appellant, if any, is due by April 15, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).