No. 25-2904

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiff-Appellant, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) |
| STATE OF ILLINOIS; JB PRITZKER, | ) |
| in his official capacity as Governor of | ) |
| Illinois; CITY OF CHICAGO; | ) |
| BRANDON JOHNSON, in his official | ) |
| capacity as Mayor of Chicago; LARRY | ) |
| SNELLING, in his official capacity as | ) No. 1:25-cv-1285 |
| Chicago Police Superintendent; COOK | ) |
| COUNTY, ILLINOIS; COOK COUNTY | ) |
| BOARD OF COMMISSIONERS; TONI | ) |
| PRECKWINKLE, in her official capacity | ) |
| as President of the Cook County Board | ) |
| of Commissioners; THOMAS J. DART, | ) |
| in his official capacity as Cook County | ) |
| Sheriff, | ) |
| | ) The Honorable |
| | ) LINDSAY C. JENKINS, |
| Defendants-Appellees. | ) Judge Presiding. |

**STATE DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEFS**

Defendants-appellees the State of Illinois and JB Pritzker, in his official capacity as Governor of Illinois (together, "state defendants") hereby move this Court to extend the time for filing all appellees' briefs in this appeal. The appellees' briefs are currently due on Wednesday, March 25, 2026. State defendants request a 30-day extension of time for all appellees, to and including Friday, April 24, 2026.

1

The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5526 (office)
(773) 590-7932 (cell)
alex.hemmer@ilag.gov

Attorneys for State Defendants

March 13, 2026

# DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2. I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent defendants-appellees the State of Illinois and JB Pritzker, in his official capacity as Governor of Illinois (together, "state defendants"), in this appeal. I am the only attorney with principal responsibility for representing state defendants in this case.

3. All appellees' briefs are currently due on Wednesday, March 25, 2026, on one extension of time. This court granted state defendants' first motion for an extension of time on February 10, 2026, and extended the time to file the appellees' briefs by 30 days. 7th Cir. Doc. 22.

4. This motion is being made at least seven days before the appellees' briefs' due date, as required by Circuit Rule 26.

5. Although I have begun to draft the state defendants' appellees' brief, and have made substantial progress, I will not be able to complete the draft, have the draft reviewed through the Office's regular review process, and file the brief with this Court by March 25, 2026, for several reasons.

6. As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload. These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. In addition to my supervisory and administrative responsibilities, over the course of the next month, I am or have been responsible for drafting or reviewing filings in multiple other matters, including the second brief on cross-appeal in *Illinois Bankers Association v. Raoul*, Nos. 26-1354 et al. (7th Cir.), due on April 3, 2026; the answering brief in *Illinois Policy Institute v. Flanagan*, No. 25-2937 (7th Cir.), due on April 8, 2026; and an amicus brief in *Dineen v. City of Chicago*, No. 132241 (Ill.), due on April 15, 2026.

8. I have communicated with counsel for all other appellees, who have authorized me to state that the other appellees join in this request to extend the deadline for the appellees' briefs.

9. On March 12, 2026, I gave notice to counsel for the United States by providing a copy of this motion before it was filed with this Court. The United States does not oppose the requested extension.

10. I do not request this 30-day extension of time from March 25, 2026, to April 24, 2026, to file the appellees' briefs in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with thorough briefs in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed March 13, 2026.

<u>/s/ Alex Hemmer</u>
ALEX HEMMER

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 13, 2026, I electronically filed this motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER
