No. 25-2904

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | Appeal from the United States |
| | ) | District Court, Northern District |
| STATE OF ILLINOIS; JB PRITZKER, | ) | of Illinois, Eastern Division |
| Governor of Illinois, in his Official Capacity; | ) | |
| THE CITY OF CHICAGO; BRANDON | ) | No. 25-cv-1285 |
| JOHNSON, Mayor of Chicago, in his Official | ) | |
| Capacity; LARRY SNELLING, Chicago | ) | The Honorable, |
| Police Superintendent, in his Official | ) | Lindsay C. Jenkins, |
| Capacity; COOK COUNTY, ILLINOIS; | ) | Judge Presiding. |
| COOK COUNTY BOARD OF | ) | |
| COMMISSIONERS; TONI PRECKWINKLE, | ) | |
| President of the Cook County Board of | ) | |
| Commissioners, in her Official Capacity; | ) | |
| THOMAS J. DART, Cook County Sheriff, in | ) | |
| his Official Capacity, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

## MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEFS

Defendant-appellee, the CITY OF CHICAGO, moves this court to extend the time in which to file the briefs of all appellees to May 26, 2026, and in support thereof submits the attached declaration.

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel
 of the City of Chicago

By:     s/ STEPHEN G. COLLINS
**STEPHEN G. COLLINS**
Assistant Corporation Counsel Supervisor
**SUZANNE M. LOOSE**

Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 580
Chicago, IL  60602
Direct: (312) 742-0115
stephen.collins@cityofchicago.org

# DECLARATION

I, STEPHEN G. COLLINS, state that I am the Assistant Corporation Counsel Supervisor of the Appeals Division of the City of Chicago Department of Law assigned to this case, and have knowledge of the following:

1.    The appellees briefs are due on April 24, 2026.  This is the appellees' third motion for an extension of time to file their briefs.  Previously, the State of Illinois moved to extend the due dates of the appellees' briefs on February 9, 2026 and on March 13, 2026.  This court granted those motions on February 10, 2026 and on March 13, 2026, respectively.

2.    I will not be able to complete and file the City's appellee's brief by its current due date because other pressing matters in my caseload have required my attention in recent weeks.  Those include: presenting oral argument in *Lam v. City of Chicago*, No. 24-0052 (Ill. App. Ct.), which took place on March 12, 2026; working on a brief in opposition to a petition for writ of certiorari in *Westforth Sports, Inc. v. City of Chicago, Illinois*, No. 25-775 (U.S.), which was filed on March 31, 2026; and preparing the City's reply brief in *City of Chicago v. Falkner*, No. 25-2878 (7th Cir.), which is due on April 20, 2026.

3.    Additionally, in the coming weeks, I will need to spend time preparing for oral argument in *Falkner*, which will take place on May 18, 2026.

4.    Counsel for all other appellees have authorized me to state that they join in this request for an extension of time to file the appellees' briefs.

5.    Counsel for the United States does not oppose this request for an extension.

6.    Accordingly, we respectfully request an extension of time, to May 26, 2026, to file the appellees' briefs in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed April 16, 2026.

s/ STEPHEN G. COLLINS
**STEPHEN G. COLLINS**, Attorney

**CERTIFICATE OF SERVICE**

The foregoing MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEFS has been electronically filed on April 16, 2026.  I certify that I have caused the foregoing MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEFS to be served on all participants in the case via CM/ECF electronic notice on April 16, 2026.

s/ STEPHEN G. COLLINS
**STEPHEN G. COLLINS**, Attorney