# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

April 16, 2026

*By the Court:*

| No. 25-2904 | UNITED STATES OF AMERICA, Plaintiff - Appellant v. STATE OF ILLINOIS, et al., Defendants - Appellees |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-01285 Northern District of Illinois, Eastern Division District Judge Lindsay C. Jenkins | |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEFS**, filed on April 16, 2026, by counsel for the appellees City of Chicago, Brandon Johnson, and Larry Snelling,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.     The briefs of the appellees are due by May 26, 2026.
2.     The reply brief of the appellant, if any, is due by June 16, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)