

| Brandon Johnson | **DEPARTMENT OF LAW • APPEALS DIVISION** | Mary Richardson-Lowry |
|---|---|---|
| Mayor | CITY OF CHICAGO | Corporation Counsel |

June 9, 2026

**VIA E-FILING**

Christopher Conway
Clerk of the Court
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street
Chicago, IL  60604

     RE:    *United States v. Illinois*, No. 25-2904

Dear Mr. Conway:

     I am one of the attorneys for the City of Chicago in the above-listed case, in which the City's appellees' brief was filed on June 9, 2026.  I expect to present oral argument in this case when it is scheduled.

     I write to ask that oral argument not be scheduled August 4-5 or October 26-27, 2026, because I will be unavailable to present argument on those days.

     Thank you for your courtesy in this regard.

     Sincerely,

     s/ Stephen Collins
     Assistant Corporation Counsel Supervisor

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2026, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I certify that all participants in this appeal are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Stephen Collins
STEPHEN COLLINS, Attorney