**No. 25-2904**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*v.*

STATE OF ILLINOIS, et al.,

*Defendants-Appellees.*

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* ONE
HUNDRED AND FOURTY-SIX CITIES, COUNTIES, AND
ELECTED OFFICIALS IN SUPPORT OF APPELLEES**

---

TOBY MERRILL
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788

KARIANNE JONES
EVERGREEN LEGAL
STRATEGIES LLP
1763 Columbia Rd NW, Suite 100
Washington, D.C. 20009

*Attorneys for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Proposed *amici curiae* certify that they are governmental entities and officials for whom no corporate disclosure is required pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1. Public Rights Project, which represents proposed *amici curiae*, is a nonprofit organization. Evergreen Legal Strategies LLP, which also represents proposed *amici curiae*, has no parent companies, and no publicly held company has a 10% or greater ownership interest in it.

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed *amici* local government and local government officials respectfully request leave to file the attached proposed *amici curiae* brief in support of Appellees.

This proposed friend of the court brief presents material that is "relevant to the disposition" of this case and that is "desirable" for this Court to consider. *See* Fed. R. App. P. 29(a)(3)(B). Proposed *Amici* are 146 local governments and officials from across the nation. The perspective Proposed *Amici* provide is particularly relevant because many of Proposed *Amici* have adopted policies similar to those at issue in this case and several of Proposed *Amici* face similar lawsuits filed by the federal

government. In this case, as in other similar cases, the federal government attempts to upset the careful balance of power inherent in principles of federalism and to remove local government authority to adopt law enforcement policies that advance the interests of their communities. Proposed *Amici* have a strong interest in ensuring that their jurisdictions retain the ability to organize their own law enforcement priorities without improper interference from the federal government.

Proposed *Amici* provide information that is timely and useful. In particular, the proposed brief describes the extensive social science research Proposed Amici have collected supporting the adoption of so-called sanctuary policies. This research demonstrates that such policies make local jurisdictions safer, healthier, and more economically prosperous.

All Defendants have consented to, and Plaintiffs do not oppose the filing of this *amicus* brief.

For the foregoing reasons, proposed *amici curiae* respectfully request that this Court grant leave for them to submit the concurrently-filed brief.

Dated:  June 16, 2026                  Respectfully submitted,

                                       */s/ Toby Merrill*

                                       TOBY MERRILL
                                       PUBLIC RIGHTS PROJECT
                                       490 43rd Street, Unit #115
                                       Oakland, CA 94609
                                       Telephone: (510) 738-6788

                                       KARIANNE JONES
                                       EVERGREEN LEGAL
                                       STRATEGIES LLP
                                       1763 Columbia Rd NW, Suite 100
                                       Washington, D.C. 20009

                                       *Attorneys for Amici Curiae*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS

I hereby certify that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word, in 14-point Century Schoolbook font, and complies with Federal Rule of Appellate Procedure 27(d)(2)(A) in that the motion contains 341 words.

By: */s/ Toby Merrill*
Toby Merrill

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the other participants in this appeal are CM/ECF users, and thus will be served via the CM/ECF system.

By: */s/ Toby Merrill*

Toby Merrill