**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 25-2904

Short Caption: United States of America v. State of Illinois et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information.  The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Local Governments and Local Government Leaders -- see attached appendix with full list

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Public Rights Project

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and
None

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
None

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

Attorney's Signature: /s/ Toby Merrill    Date: 6/16/2026

Attorney's Printed Name: Toby Merrill

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes [✔]  No [ ]

Address: 490 43rd Street, #115
Oakland, CA 94609

Phone Number: 510-738-6788    Fax Number:

E-Mail Address: toby.merrill@publicrightsproject.org

rev. 12/19 AK

## Appendix A – List of *Amici* Local Governments

County of Alameda, California

City of Alameda, California

City of Albany, New York

City of Albuquerque, New Mexico

Allegheny County, Pennsylvania

City of Allentown, Pennsylvania

City of Beaverton, Oregon

City of Bellingham, Washington

City of Bend, Oregon

City of Berkeley, California

City of Boston, Massachusetts

City of Burlington, Vermont

City of Cambridge, Massachusetts,

City of Cincinnati, Ohio

City of Culver City, California

City of Denver, Colorado

City of Evanston, Illinois

City of Frederick, Maryland

City of Glendale, Wisconsin

City of Jersey City, New Jersey

City of Kenmore, Washington

Martin Luther King, Jr. County, Washington

Lincoln County, Maine

City of Los Angeles, California

County of Los Angeles, California

City of Madison, Wisconsin

County of Marin, California

City of Minneapolis, Minnesota

Montgomery County, Maryland

City of New Haven, Connecticut

City of Norfolk, Virginia

City of Northampton, Massachusetts

City of Olympia, Washington

City of Oxnard, California

City of Pittsburgh, Pennsylvania

City of Portland, Oregon

City of Providence, Rhode Island

City of Rochester, New York

City of Sacramento, California

City of San Diego, California

County of San Diego, California

City and County of San Francisco, California

City of San José, California

County of San Mateo, California

County of Santa Clara, California

City of Santa Monica, California

City of Seattle, Washington

City of Somerville, Massachusetts

City of St. Paul, Minnesota

City of Tacoma, Washington

City of West Hollywood, California

**Local Government Leaders**

Brenda Adams
*Supervisor, Town of Canaan, New York*

Victor Aguilar, Jr.
*Councilmember, San Leandro, California*

Larry Agran
*Mayor, City of Irvine, California*

Paul Akinjo
*Mayor, City of Lathrop, California*

Elizabeth Alcantar Loza
*Councilmember, City of Cudahy, California*

Luis Alejo
*Supervisor, Monterey County, California*

Soli Alpert
*Rent Stabilization Board Chair, City of Berkeley, California*

Chad Jason Ashmore
*Mayor, City of Sesser, Illinois*

Rachel Barnhart
*Legislator, Monroe County, New York*

Adam Bazaldua
*Councilmember and Deputy Mayor Pro Tem, City of Dallas, Texas*

Zac Bears
*City Council President, City of Medford, Massachusetts*

Celina Benitez
*Mayor, City of Mount Rainier, Maryland*

Jack Bradley
*Mayor, City of Lorain, Ohio*

Lisa Brown
*Mayor, City of Spokane, Texas*

Sara Brown
*City Councilor At-Large, City of Greenfield, Massachusetts*

Chelsea Byers
*Councilmember & Mayor, City of West Hollywood, California*

Shannon Cameron
*Chief of Staff, City of Aurora, Illinois*

Chris Canales
*Councilmember, City of El Paso, Texas*

Ronald Case
*Mayor, City of Eden Prairie, Minnesota*

Guyleen Castriotta
*Mayor, City and County of Broomfield, Colorado*

Markus Ceniceros
*Governing Board Vice President, Littleton Elementary School District, Arizona*

David Chiu
*City Attorney, City and County of San Francisco, California*

John Clark
*Mayor, Town of Ridgway, Colorado*

Katharine Clark
*County Clerk, County of Santa Fe, New Mexico*

Mark Conway
*Councilmember, City of Baltimore, Maryland*

Alison Coombs
*Mayor Pro Tem & City Councilmember At-Large, City of Aurora, Colorado*

Christine Corrado
*Councilmember, Town of Brighton, New York*

Jon Culver
*Councilmember, City of Kenmore, Washington*

Kyle Davis
*Councilor At-Large, City of Salem, Massachusetts*

Olgy Diaz
*Councilmember, City of Tacoma, Washington*

Roger Dickinson
*Councilmember, City of Sacramento, California*

Michael Dougherty
*District Attorney, County of Boulder, Colorado*

Katrina Doughty
*School Board Director, Multnomah Education Service District of Multnomah County, Oregon*

Justin Douglas
*Commissioner, Dauphin County, Pennsylvania*

Erin Evans
*Trustee of the County Board of Education, City of San Diego, California*

Marilyn Ezzy Ashcraft
*Mayor, City of Alameda, California*

Bryan "Bubba" Fish
*Councilmember, City of Culver City, California*

Nikki Fortunato Bas
*Supervisor, County of Alameda, California*

Vanessa Fuentes
*Councilwoman, City of Austin, Texas*

Brenda Gadd
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Heidi Garrido
*Councilmember, City of Hopkins, Minnesota*

Kelly Girtz
*Mayor, Unified Government of Athens-Clarke County, Georgia*

Martha Guerrero
*Mayor, City of West Sacramento, California*

Jonathan Guzmán
*School Committee Member-At-Large, City of Lawrence, Massachusetts*

Beau Harbin
*County Legislator and Democratic Minority Leader, County of Courtland, New York*

Kim Harless
*Councilmember, City of Vancouver, Washington*

Bear Heiser
*Mayor Pro Tem, City of Kyle, Texas*

Kenny Herzog
*Trustee, Village of Tarrytown, New York*

Iliana Holguin
*Commissioner, El Paso County, Texas*

Stephanie Howse-Jones
*Councilmember, City of Cleveland, Ohio*

Susan Hughes-Smith
*County Legislator, County of Monroe, New York*

Christian Isaac
*Civil Service Board Member, City of Tacoma, Washington*

Lisa Kaplan
*Councilmember, City of Sacramento, California*

Jerald Lentini
*Director, Town of Manchester, Connecticut*

Jessie Lopez
*Councilmember, City of Santa Ana, California*

Quinton Lucas
*Mayor, City of Kansas City, Missouri*

Mary Lupien
*Councilmember, City of Rochester, New York*

Alexander Marion
*City Auditor, City of Syracuse, New York*

Kevin McDonnell
*Mayor, City of Petaluma, California*

Denyse C. McGriff
*Mayor, City of Oregon City, Oregon*

Michael McGuinness
*Mayor, City of Pontiac, Michigan*

Yasmine-Imani McMorrin
*Councilmember, City of Culver City, California*

Carolina Mejia
*Commissioner, Thurston County, Washington*

Nancy Metayer Bowen
*Vice Mayor, City of Coral Springs, Florida*

Kathy Mulkerin
*School Board Director, Walla Walla Public Schools, Washington*

Mark Mullett
*Mayor, City of Issaquah, Washington*

Steve Mulroy
*District Attorney, County of Shelby, Tennessee*

Arnetta Murray
*Councilmember, City of Iowa Colony, Texas*

Donna Neville
*Mayor, City of Davis, California*

Patricia Nolan
*Councilmember, City of Cambridge, Massachusetts*

Kim Norton
*Mayor, City of Rochester, Minnesota*

Sonja Okun
*Supervisor, County of Columbia, New York*

Diana Perez
*Councilmember, City of Vancouver, Washington*

Isabel Piedmont-Smith
*Councilmember, City of Bloomington, Indiana*

Veronica Pillar
*Legislator, County of Tompkins, New York*

Jacqueline Porter
*Commissioner, City of Tallahassee, Florida*

Aftab Pureval
*Mayor, City of Cincinnati, Ohio*

Jaime Resendez
*Councilmember, City of Dallas, Texas*

Ryan Richardson
*City Attorney, City of Oakland, California*

Christina Sanchez
*County Attorney, El Paso County, Texas*

Miguel Sanchez
*Councilmember, City of Providence, Rhode Island*

Dawn Marie Sass
*Clerk/Deputy Treasurer, Town of Exeter, Wisconsin*

Michael Siegrist
*Clerk, Canton Township, Michigan*

Seema Singh
*Councilmember, City of Knoxville, Tennessee*

David Stout
*Commissioner, El Paso County, Texas*

Lena Tam
*Supervisor, County of Alameda, California*

Keith Tate
*School Board Member and Clerk, Osseo Area School Board, Maple Grove, Minnesota*

Caroline Torosis
*Mayor Pro Tempore, City of Santa Monica, California*

Briana Urbina
*Councilmember, City of New Carrollton, Maryland*

Nicole Warren
*General Counsel/Assistant City Attorney, City of Austin, Texas*

Ginny Welsch
*Councilmember, Metropolitan Nashville & Davidson County, Tennessee*

Braxton White
*Commissioner, County of Clarion, Pennsylvania*

Kevin Wilk
*Mayor, Walnut Creek, California*

Katie Wilson
*Mayor, City of Seattle, Washington*

Robin Wilt
*Councilmember, Township of Brighton, New York*

Robin Wonsley
*Councilmember, City of Minneapolis, Minnesota*

Steven Woodside
*Mayor, City of Sausalito, California*