# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

June 22, 2026

### DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 25-2904 | UNITED STATES OF AMERICA, Plaintiff - Appellant v. STATE OF ILLINOIS, et al., Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01285 |
| Northern District of Illinois, Eastern Division |
| District Judge Lindsay C. Jenkins |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ONE HUNDRED AND FOURTH-SIX CITIES, COUNTRIES, AND ELECTED OFFICIALS IN SUPPORT OF APPELLEES**, filed on June 16, 2026, by counsel for the parties,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of the court shall file **INSTANTER** the tendered brief from amici curiae.

form name: **c7_InstanterOrderFiled**    (form ID: **123**)