# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RULE TO SHOW CAUSE

June 23, 2026

| | |
|---|---|
| No. 25-2904 | UNITED STATES OF AMERICA,<br>    Plaintiff - Appellant<br><br>v.<br><br>STATE OF ILLINOIS, et al.,<br>    Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01285 |
| Northern District of Illinois, Eastern Division |
| District Judge Lindsay C. Jenkins |

**To:**    Stephen G. Collins
OFFICE OF THE CORPORATION COUNSEL
Appeals Division
Two N. LaSalle Street
Suite 580
Chicago, IL 60602-0000

You have failed to file appellee's brief within the required time and no motion for an extension of time within which to file appellee's brief has been made pursuant to Circuit Rule 26.

**IT IS ORDERED** that you, as appellee, show cause within fourteen (14) days of the date of this order why this appeal should not be submitted to the Court for decision without a brief and without oral argument by the appellee, pursuant to Circuit Rule 31(d).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

**Please caption your response:**
"RESPONSE TO RULE TO SHOW CAUSE FOR APPELLEE "

form name: **c7_Briefing_Showcause**     (form ID: **114**)