No. 25-2904

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | Appeal from the United States |
| | ) | District Court, Northern District |
| STATE OF ILLINOIS; JB PRITZKER, | ) | of Illinois, Eastern Division |
| Governor of Illinois, in his Official Capacity; | ) | |
| THE CITY OF CHICAGO; BRANDON | ) | No. 25-cv-1285 |
| JOHNSON, Mayor of Chicago, in his Official | ) | |
| Capacity; LARRY SNELLING, Chicago | ) | The Honorable, |
| Police Superintendent, in his Official | ) | Lindsay C. Jenkins, |
| Capacity; COOK COUNTY, ILLINOIS; | ) | Judge Presiding. |
| COOK COUNTY BOARD OF | ) | |
| COMMISSIONERS; TONI PRECKWINKLE, | ) | |
| President of the Cook County Board of | ) | |
| Commissioners, in her Official Capacity; | ) | |
| THOMAS J. DART, Cook County Sheriff, in | ) | |
| his Official Capacity, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

**RESPONSE TO RULE TO SHOW CAUSE**

Defendants-appellees BRANDON JOHNSON and LARRY SNELLING

submit the following response to this court's June 23, 2026 order "to show cause as

to why this appeal should not be submitted to the Court for a decision without the

filing of a brief and without oral argument by" Mayor Johnson or Superintendent

Snelling.

1.     The district court dismissed Mayor Johnson and Superintendent Snelling from this case on the ground that plaintiff's complaint was "insufficient to show that the alleged injuries are traceable to" either defendant.  R. 86 at 15.

2.     Plaintiff's notice of appeal included Mayor Johnson and Superintendent Snelling, R. 91, and an appearance was entered on their behalf in this appeal, 7th Cir. R. 5.

3.     Plaintiff's appellant's brief does not challenge the dismissal of Mayor Johnson or Superintendent Snelling.

4.     Accordingly, this appeal may be submitted for decision without briefing or oral argument by Mayor Johnson or Superintendent Snelling, and they may be dismissed from the appeal.


                              Respectfully submitted,

                              MARY B. RICHARDSON-LOWRY
                              Corporation Counsel
                               of the City of Chicago

                    By:     s/ STEPHEN G. COLLINS
                              **STEPHEN G. COLLINS**
                              Assistant Corporation Counsel Supervisor
                              **SUZANNE M. LOOSE**
                              Chief Assistant Corporation Counsel
                              2 North LaSalle Street - Suite 580
                              Chicago, IL  60602
                              Direct: (312) 742-0115
                              stephen.collins@cityofchicago.org

**CERTIFICATE OF SERVICE**

The foregoing RESPONSE TO RULE TO SHOW CAUSE has been electronically filed on June 23, 2026. I certify that I have caused the foregoing RESPONSE TO RULE TO SHOW CAUSE to be served on all counsel of record via CM/ECF electronic notice on June 23, 2026.

s/ STEPHEN G. COLLINS
**STEPHEN G. COLLINS**