# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 24, 2026

*By the Court:*

| | |
|---|---|
| | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant |
| No. 25-2904 | v. |
| | STATE OF ILLINOIS, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01285<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins |

The following is before the court: **RESPONSE TO RULE TO SHOW CAUSE**, filed on June 23, 2026, by counsel for the appellees Brandon Johnson and Larry Snelling.

Appellees Brandon Johnson and Larry Snelling have notified the court that they will not be participating in this appeal. Accordingly,

**IT IS ORDERED** that this appeal will be submitted for decision without the filing of a brief or participation in oral argument by appellees Brandon Johnson and Larry Snelling. A copy of this order will be distributed to the assigned merits panel.

**IT IS FURTHER ORDERED** that the rule to show cause dated June 23, 2026, is **DISCHARGED**. The appellant's reply brief, if any, is due by July 15, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)