**No. 25-2904**

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

STATE OF ILLINOIS, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:25-cv-01285
(Judge Lindsay C. Jenkins)

## MOTION OF PLAINTIFF-APPELLANT TO CORRECT STATUTORY ADDENDUM

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney
  General*

MARK R. FREEMAN
DANIEL TENNY
MICHAEL E. TALENT
J. KAIN DAY
  *Attorneys*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-8976*

On January 22, 2026, plaintiff-appellant, the United States of America, filed its opening brief, which includes a statutory addendum. *See* Fed. R. App. P. 28(f). The United States subsequently discovered that the last part of subsection (b) of Cook County, Ill., Code of Ordinances § 46-37, was inadvertently omitted. The last clause of subsection (b) should read, "County personnel shall not expend their time responding *to ICE inquiries or communicating with ICE regarding individuals' incarceration status or release dates while on duty*."

To ensure the Court has the complete ordinance in front of it, the United States moves to file the attached, corrected statutory addendum, which contains the complete text of Cook County, Ill., Code of Ordinances § 46-37(b). No appellee objects to this motion.

**CONCLUSION**

The United States respectfully requests that the Court grant this

motion and filed the attached, corrected statutory addendum

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney
General*

MARK R. FREEMAN
DANIEL TENNY
MICHAEL E. TALENT
J. KAIN DAY

*/s/ Michael E. Talent*
Michael E. Talent
*Attorneys
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-8976
Michael.Talent@usdoj.gov*

July 2026

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Fed. R. App. P. 27 because it contains 144 words.  This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

/s/ *Michael E. Talent*
Michael E. Talent

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system on all counsel of record.

*/s/ Michael E. Talent*
Michael E. Talent