# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

July 23, 2026

*By the Court*:

| | |
|---|---|
| No. 25-2904 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellant <br><br> v. <br><br> STATE OF ILLINOIS, et al., <br> Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:25-cv-01285
Northern District of Illinois, Eastern Division
District Judge Lindsay C. Jenkins

Upon consideration of the **MOTION OF PLAINTIFF-APPELLANT TO CORRECT STATUTORY ADDENDUM**, filed on July 22, 2026,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the clerk shall file **INSTANTER** the tendered corrected addendum of the appellant. The clerk shall distribute the corrected addendum to the assigned merits panel along with the briefs in this appeal.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)