**OFFICE OF THE STATE'S ATTORNEY**

COOK COUNTY, ILLINOIS

August 12, 2026

Christopher Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

VIA E-FILING

> **Re:    *United States v. Illinois,* No. 25-2904**

Dear Mr. Conway:

I am lead counsel for the Cook County appellees in this matter and will be presenting oral argument on behalf of those appellees. I write to request that argument not be scheduled in this matter on October 12 through 21, and November 30 through December 11, 2026, in order to avoid a newly-arisen conflict with the County's preparation for briefing and presentation of oral argument in the United States Supreme Court.

Thank you for your consideration of this request.

Sincerely,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:   */s/ Jessica Scheller*
Jessica Scheller
Deputy Chief, Civil Actions Bureau
Assistant State's Attorney
jessica.scheller@cookcountysao.org
(312)603-6934

## CERTIFICATE OF SERVICE

The foregoing argument availability notice has been electronically filed on July 23, 2026. I certify that I have caused the foregoing notice to be served on all counsel of record via CM/ECF electronic notice on July 23, 2026.

*/s/ Jessica Scheller*
Jessica Scheller
